22528, 22529.   DOWIS v. McCURDY (two cases).

CANDLER, Justice.   On further examination of the records in these cases we have reached the conclusion that the applications for certiorari were improvidently granted and for that reason they are accordingly

*Dismissed. All the Justices concur.*

ARGUED SEPTEMBER 14, 1964—DECIDED NOVEMBER 5, 1964— REHEARING DENIED NOVEMBER 19, 1964.

*Powell, Goldstein, Frazer & Murphy, Frank Love, Jr.,* for plaintiff in error.

*Alex McLennan, William F. Woods, Bruce B. Edwards, Cullen M. Ward, Ben J. Camp, Walter W. Calhoun, Charles O. Baird, Jr.,* for parties at interest not parties to record.